UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | Civil Action No. 2:07-cv-00137 |
| Plaintiff, | ) | [Case No. CV-07-88 in the Circuit Court |
| | ) | of Montgomery County, Alabama] |
| v. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | **JURY DEMAND** |
| Fictitious Parties "A", "B", "C", | ) | |
| "D", "E", "F", "G", and "H" | ) | |
| whose names are unknown to | ) | |
| Plaintiff at this time, but will be | ) | |
| added by Amendment when | ) | |
| ascertained, | ) | |
| Defendants. | | |

## STIPULATION TO REMOVAL

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys, and makes this her Stipulation to Removal and states as follows;

1. Plaintiff concurs that although Plaintiff has a right to choose her forum, Defendant has a statutory right to remove the above styled cause of action to federal court based upon 28 U.S.C. § 1441 (a).

2. Plaintiff requests and agrees with Defendant that the state law causes of action fall under this Honorable Court's supplemental subject matter jurisdiction because in the interest of justice the same Plaintiff, Defendant, and witnesses should be aware of the facts and circumstances that give rise to the state law count as the federal Family Medical Leave Act cause of action.

3.  Further, Plaintiff moves to dismiss the Fictitious Parties Defendants pursuant to Federal Rules of Civil Procedure; although Alabama state courts allow for the naming of Fictitious Parties until additional Defendants, if any, are ascertained; Plaintiff respects the federal rules of not naming any additional Defendant(s), if any, until ascertaining their name.

4.  Plaintiff reserves the right to amend pleadings to add additional Defendant(s) if any are ascertained.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that this Honorable Court :

1.  Accept jurisdiction of both federal and state law claims.

2.  Dismiss Fictitious Defendants.

**RESPECTFULLY SUBMITTED**, this the 18th day of March 2007.


/s Michael Guy Holton

Michael Guy Holton (HOL106)
Co- Counsel for Petitioner
Fuller, Taylor & Holton, PC
5748 Carmichael Parkway, Ste.D
Montgomery, Alabama 36117
(334) 244-0447
(334)514-6003 (direct)
gholtonattorney@hughes.net

/s Jennifer M. Holton

Jennifer M. Holton (DAV 167)
Co-Counsel for Petitioner
Fuller, Taylor& Holton, PC
5748 Carmichael Parkway, Ste. D
Montgomery, Alabama 36117
(334)244-0447
(334) 514-6003 (direct)
jholtonattorney@hughes.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system. Done this the 18th day of March 2007.

/s Jennifer M. Holton
OF COUNSEL