IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CONNIE ARD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-137-MEF |
| ) | |
| ENTEC STATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of plaintiff's Stipulation of Removal (Doc. #2) filed on March 18, 2007 which contains a motion to dismiss fictitious defendants, it is hereby

ORDERED that the motion to dismiss is GRANTED and all fictitious defendants named in plaintiff's complaint are DISMISSED as parties to this action..

DONE this 20th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE