IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CONNIE ARD, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-137-MEF |
| | ) |
| ENTEC STATIONS, INC., | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Compel Arbitration and to Stay Litigation (Doc. #5) filed on March 26, 2007, it is hereby ORDERED:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before April 11, 2007.

2. The defendant may file a reply brief on or before April 18, 2007.

DONE this 27th day of March, 2007.

                                               /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE