UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| CONNIE ARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-137-MEF |
| | ) | |
| v. | ) | |
| | ) | |
| ENTEC STATIONS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Entec Stations, Inc. does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

1. Entec Stations, Inc.

2. Pump On, LLC

3. Clean Properties Company, LLC

Respectfully submitted this 28th day of March, 2007.

s/Christopher W. Weller
BRUCE J. DOWNEY III (DOW006)
CHRISTOPHER W. WELLER (WEL020)

Attorneys for Defendant

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8066
Facsimile: (334) 323-8888

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Guy Holton, Esq.
Jennifer M. Holton, Esq.
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117

                                      s/Christopher W. Weller_____
                                      Of Counsel