UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CASE NO. 2:07-CV-137-MEF** |
| | ) | |
| V. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION**

**COMES NOW** Plaintiff Connie Ard, by and through the undersigned counsel, and makes this her Response to Defendant's Motion to Compel Arbitration and to Stay Litigation and states as follows:

1. Plaintiff's attorneys were without knowledge of the arbitration agreement that was presented as "Exhibit B" in Defendant's Motion to Compel Arbitration and to Stay Litigation.

2. Plaintiff stipulates that the above styled cause of action is a dispute with her employer.

3. Plaintiff makes no objection and further stipulates with Defendant's request to stay litigation pending the completion of

arbitration through the services of The American Arbitration Association.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff moves this Honorable Court for an Order staying the above styled cause of action pending the completion of arbitration with The American Arbitration Association.  Further, Plaintiff request that this Honorable Court Order Defendant to initiate the arbitration proceedings pursuant to the "rules" that are in Defendant's possession.

Respectfully submitted this the 8th day of April, 2007.

_s/Michael Guy Holton_
_s/Jennifer Mae Holton_
Attorney's for Plaintiff
5748 –D Carmichael Parkway
Montgomery, AL 36117
(334)244-0447
(334)514-6003 (direct)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2007, I placed a copy of above on the e-file system for the United States District Court for the Middle District Of Alabama (Northern District) as notice to the following:

Christopher Weller
Bruce Downey III
Capell and Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102

                                          **_s/Michael Guy Holton__**
                                          **_s/Jennifer Mae Holton__**
                                          **OF COUNSEL**