IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONNIE ARD, | ) |
|    PLAINTIFF, | ) ) ) |
| v. | ) CASE NO. 2:07-cv-137-MEF-CSC |
| ENTEC STATIONS, INC., | ) ) ) |
|    DEFENDANT. | ) ) |

**<u>ORDER</u>**

This cause is before the Court on the Motion to Compel Arbitration and to Stay Litigation (Doc. # 5). This motion was filed on March 26, 2007, by Defendant Entec Stations, Inc. By this motion, Entec Stations, Inc. seeks to compel Plaintiff Connie Ard to submit her dispute with it to arbitration pursuant to a prior agreement between the parties. Entec Stations, Inc. also asks this Court to stay this lawsuit. Plaintiff has filed a written response to the motion consenting to the arbitration of her claims and to the imposition of a stay of this action.

Upon a review of this file, the Court is persuaded that it has subject-matter jurisdiction over this action. Moreover, the Court is satisfied that the Motion to Compel Arbitration and to Stay Litigation (Doc. # 5) is due to be GRANTED. Accordingly, it is hereby ORDERED as follows:

    1. Motion to Compel Arbitration and to Stay Litigation (Doc. # 5) is GRANTED.

    2. The parties to this action are hereby ORDERED to submit all controversies, claims,

or disputes between them to arbitration in accordance with the terms of the agreement between them.

  3. This action is STAYED pending the completion of the arbitration or the resolution of this dispute through negotiated settlement.

  4. The parties are hereby ORDERED to file a jointly prepared report on the status of this case. The first such report shall be filed on **June 5, 2007**, and the parties shall thereafter file a jointly prepared report **on the first Tuesday of every month** until such time as the parties jointly stipulate that this action can be dismissed. **The jointly prepared report shall indicate the status of the arbitration proceedings and the expected date those proceedings will be concluded.**

  DONE this the 11th day of April, 2007.

              /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE