UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | Civil Action No. 2:07-cv-00137 |
| Plaintiff, | ) | [Case No. CV-07-88 in the Circuit Court |
| | ) | of Montgomery County, Alabama] |
| v. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | **JURY DEMAND** |
| Fictitious Parties "A", "B", "C", | ) | |
| "D", "E", "F", "G", and "H" | ) | |
| whose names are unknown to | ) | |
| Plaintiff at this time, but will be | ) | |
| added by Amendment when | ) | |
| ascertained, | ) | |
| Defendants. | | |

### STATUS REPORT ARBITRATION UPDATE

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys, and makes this her Status Report Arbitration Update and states as follows;

1. Plaintiff filed a request for arbitration on April 24, 2007 with the American Arbitration Association.

2. The American Arbitration Association acknowledged receipt of request on April 30, 2007.

3. The American Arbitration Association assigned Leah D. Soto as the case manager.

4. The above styled cause of action was assigned 30 160 00382 07 as the case number with the American Arbitration Association.

5. In a letter dated 21 May 2007 Leah D. Soto faxed a list of arbitrators to counsel for the parties potential input in the mediator selection process. Additionally, said letter provided a deadline of 5 June 2007 for Entec Stations, Inc.'s answering statement.

6. Plaintiff will provide further information in 5 July 2007 update to this Honorable Court if any is ascertained.

7. Counsel for the parties have met and discussed settlement issues, however, at this time no firm settlement offers have been made.

8. Plaintiff stands ready to proceed to arbitration.

**RESPECTFULLY SUBMITTED**, this the 5th day of June 2007.

/s Michael Guy Holton                    /s Jennifer M. Holton

Michael Guy Holton (HOL106)              Jennifer M. Holton (DAV 167)
Co- Counsel for Petitioner               Co-Counsel for Petitioner
Fuller, Taylor & Holton, PC              Fuller, Taylor& Holton, PC
5748 Carmichael Parkway, Ste.D           5748 Carmichael Parkway, Ste. D
Montgomery, Alabama 36117                Montgomery, Alabama 36117
(334) 244-0447                           (334)244-0447
(334)514-6003 (direct)                   (334) 514-6003 (direct)
gholtonattorney@hughes.net               jholtonattorney@hughes.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system. Done this the 5th day of June 2007.

/s Michael Guy Holton
OF COUNSEL