UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | Civil Action No. 2:07-cv-00137 |
| Plaintiff, | ) | [Case No. CV-07-88 in the Circuit Court |
| | ) | of Montgomery County, Alabama] |
| v. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT ARBITRATION UPDATE

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys, and makes this her Status Report Arbitration Update and states as follows;

1. Plaintiff filed a request for arbitration on April 24, 2007 with the American Arbitration Association.

2. The American Arbitration Association acknowledged receipt of request on April 30, 2007.

3. The American Arbitration Association assigned Leah D. Soto as the case manager.

4. The above styled cause of action was assigned 30 160 00382 07 as the case number with the American Arbitration Association.

5. In a letter dated 21 May 2007 Leah D. Soto faxed a list of arbitrators to counsel for the parties potential input in the mediator selection process. Additionally, said letter provided a deadline of 5 June 2007 for Entec Stations, Inc.'s answering statement.

6.  Counsel for the parties have met and discussed settlement issues, however, at this time no firm settlement offers have been made.

7.  In an e-mail dated June 29, 2007 Leah D. Soto provided confirmation that the parties have requested a mediation prior to arbitration and submitted a list of mediators for the parties input in the mediator selection .

8.  Plaintiff submitted a mediator strike list to Leah D. Soto on July 01, 2007.

8.  Plaintiff stands ready to proceed to mediation, and if no resolution to proceed to arbitration.

**RESPECTFULLY SUBMITTED**, this the 1st day of July 2007.

| | |
|---|---|
| /s Michael Guy Holton | /s Jennifer M. Holton |
| Michael Guy Holton (HOL106) | Jennifer M. Holton (DAV 167) |
| Co- Counsel for Petitioner | Co-Counsel for Petitioner |
| Fuller, Taylor & Holton, PC | Fuller, Taylor& Holton, PC |
| 5748 Carmichael Parkway, Ste.D | 5748 Carmichael Parkway, Ste. D |
| Montgomery, Alabama 36117 | Montgomery, Alabama 36117 |
| (334) 244-0447 | (334)244-0447 |
| (334)514-6003 (direct) | (334) 514-6003 (direct) |
| gholtonattorney@hughes.net | jholtonattorney@hughes.net |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system. Done this the 1st day of July 2007.

/s Michael Guy Holton
OF COUNSEL