UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | Civil Action No. 2:07-cv-00137 |
| Plaintiff, | ) | [Case No. CV-07-88 in the Circuit Court |
| | ) | of Montgomery County, Alabama] |
| v. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT ARBITRATION UPDATE**

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys, and makes this her Status Report Arbitration Update and states as follows;

1. The American Arbitration Association assigned Cheryl Grant as the new case manager.

2. The American Arbitration Association appointed Penn Payne to arbitrate.

3. A management conference is set for Friday, August 10, 2007 at 10:00 AM Eastern time.

**RESPECTFULLY SUBMITTED**, this the 1st day of August 2007.

| | |
|---|---|
| /s Michael Guy Holton | /s Jennifer M. Holton |
| Michael Guy Holton (HOL106) | Jennifer M. Holton (DAV 167) |
| Co- Counsel for Petitioner | Co-Counsel for Petitioner |
| Fuller, Taylor & Holton, PC | Fuller, Taylor& Holton, PC |
| 5748 Carmichael Parkway, Ste.D | 5748 Carmichael Parkway, Ste. D |
| Montgomery, Alabama 36117 | Montgomery, Alabama 36117 |
| (334) 244-0447 | (334)244-0447 |
| (334)514-6003 (direct) | (334) 514-6003 (direct) |
| gholtonattorney@hughes.net | jholtonattorney@hughes.net |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system. Done this the 1st day of August 2007.

/s Michael Guy Holton
OF COUNSEL