UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | Civil Action No. 2:07-cv-00137 |
| Plaintiff, | ) | [Case No. CV-07-88 in the Circuit Court |
| | ) | of Montgomery County, Alabama] |
| v. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT ARBITRATION UPDATE

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys, and makes this her Status Report Arbitration Update and states as follows;

1. A telephone conference was held on August 10, 2007.

2. The arbitrator, Penn Payne, issued a scheduling order in the above styled cause of action.

3. The case is set for hearing on January 22, 2008.

**RESPECTFULLY SUBMITTED**, this the 4th day of September 2007.

/s Michael Guy Holton                    /s Jennifer M. Holton
Michael Guy Holton (HOL106)              Jennifer M. Holton (DAV 167)
Co- Counsel for Petitioner               Co-Counsel for Petitioner
Fuller, Taylor & Holton, PC              Fuller, Taylor& Holton, PC
5748 Carmichael Parkway, Ste.D           5748 Carmichael Parkway, Ste. D
Montgomery, Alabama 36117                Montgomery, Alabama 36117
(334) 244-0447                           (334)244-0447
(334)514-6003 (direct)                   (334) 514-6003 (direct)
gholtonattorney@hughes.net               jholtonattorney@hughes.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above by filing same via CM/ECF

electronic filing for the Middle District of Alabama Federal Court e-filing system.

Done this the 4th day of September 2007.


/s Jennifer Holton
OF COUNSEL