UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:07-CV-137-MEF |
| | ) | **[Case No. CV-07-88 in the Circuit** |
| v. | ) | **Court of Montgomery County, Alabama]** |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT ARBITRATION UPDATE

COMES NOW, Defendant Entec Stations, Inc. by and through the undersigned attorney, and makes this Status Report Arbitration Update and states as follows:

1.  The parties are currently engaged in limited discovery.

2.  The case is set for hearing on January 22, 2008.

        Respectfully submitted,

        s/Christopher W. Weller
        CHRISTOPHER W. WELLER (WEL020)
        BRUCE J. DOWNEY III (DOW006)
        Attorneys for Defendant

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000
FAX: (334) 323-8888

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of October, 2007, I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system upon:

Michael Guy Holton, Esq.
Jennifer M. Holton, Esq.
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117

                                            s/Christopher W. Weller
                                            Of Counsel