IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | Civil Action No. 2:07-cv-00137 |
| Plaintiff, | ) | [Case No. CV-07-88 in the Circuit Court |
| | ) | of Montgomery County, Alabama] |
| v. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

### NOTICE OF CHANGE OF E-MAIL ADDRESS

**COMES NOW**, Michael Guy Holton, co-counsel for Plaintiffs, and makes this his Notice of Change of E-Mail address in the above styled cause of action and states as follows;

1. The new email address for the undersigned counsel of record is gholtonattorney@bellsouth.net .

**RESPECTFULLY SUBMITTED** this the 27th day of October, 2007.

| | |
|---|---|
| /s Michael Guy Holton | /s Jennifer M. Holton |
| Michael Guy Holton (HOL106) | Jennifer M. Holton (DAV 167) |
| Co- Counsel for Petitioner | Co-Counsel for Petitioner |
| Fuller, Taylor & Holton, PC | Fuller, Taylor& Holton, PC |
| 5748 Carmichael Parkway, Ste.D | 5748 Carmichael Parkway, Ste. D |
| Montgomery, Alabama 36117 | Montgomery, Alabama 36117 |
| (334) 244-0447 | (334)244-0447 |
| (334)514-6003 (direct) | (334) 514-6003 (direct) |
| gholtonattorney@bellsouth.net | jholtonattorney@bellsouth.net |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system. Done this the 27th day of October 2007.

/s Michael Guy Holton
OF COUNSEL