UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | |
|---|---|
| **CONNIE ARD** ) | |
| ) | Civil Action No. 2:07-cv-00137 |
| **Plaintiff,** ) | [Case No. CV-07-88 in the Circuit Court |
| ) | of Montgomery County, Alabama] |
| v. ) | |
| ) | |
| **ENTEC STATIONS, INC.,** ) | **JURY DEMAND** |
| ) | |
| **Defendants.** ) | |

## STATUS REPORT ARBITRATION UPDATE FOR THE MONTH OF NOVEMBER

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys, and makes this her Status Report Arbitration Update and states as follows;

1.  There have been no changes in the previously submitted plan for Arbitration.

**RESPECTFULLY SUBMITTED**, this the 28th day of October, 2007.

| | |
|---|---|
| /s Michael Guy Holton | /s Jennifer M. Holton |
| Michael Guy Holton (HOL106) | Jennifer M. Holton (DAV 167) |
| Co- Counsel for Petitioner | Co-Counsel for Petitioner |
| Fuller, Taylor & Holton, PC | Fuller, Taylor& Holton, PC |
| 5748 Carmichael Parkway, Ste.D | 5748 Carmichael Parkway, Ste. D |
| Montgomery, Alabama 36117 | Montgomery, Alabama 36117 |
| (334) 244-0447 | (334)244-0447 |
| (334)514-6003 (direct) | (334) 514-6003 (direct) |
| gholtonattorney@bellsouth.net | jholtonattorney@bellsouth.net |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system.

Done this the 28th day of October, 2007.

/s Jennifer Holton
OF COUNSEL