### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### (NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | **Civil Action No. 2:07-cv-00137** |
| **Plaintiff,** | ) | **[Case No. CV-07-88 in the Circuit Court** |
| | ) | **of Montgomery County, Alabama]** |
| **v.** | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | **)** | **JURY DEMAND** |
| | **)** | |
| **Defendants.** | **)** | |

## STATUS REPORT ARBITRATION UPDATE FOR THE MONTH OF DECEMBER

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys,

and makes this her Status Report Arbitration Update and states as follows;

1. Discovery is to close by December 17, 2007.

2. A quantified dollar amount is to be submitted to arbitrator by January 7, 2007.

3. Witness list is to be exchanged by January 15, 2007.

4. Exhibit list is to be exchanged by January 18, 2007.

5. Pre-hearing brief is due to arbitrator by January 21, 2007.

6. Arbitration is scheduled for January 22, 2007.

**RESPECTFULLY SUBMITTED**, this the 9th day of December, 2007.

/s Michael Guy Holton                  /s Jennifer M. Holton
Michael Guy Holton (HOL106)            Jennifer M. Holton (DAV 167)
Co- Counsel for Petitioner             Co-Counsel for Petitioner
Fuller, Taylor & Holton, PC      Fuller, Taylor& Holton, PC
5748 Carmichael Parkway, Ste.D         5748 Carmichael Parkway, Ste. D
Montgomery, Alabama 36117              Montgomery, Alabama 36117
(334) 244-0447                         (334)244-0447
(334)514-6003 (direct)                 (334) 514-6003 (direct)
gholtonattorney@bellsouth.net          jholtonattorney@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above by filing same via CM/ECF

electronic filing for the Middle District of Alabama Federal Court e-filing system.

Done this the 9th day of December, 2007.


/s Jennifer Holton
OF COUNSEL