# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# (NORTHERN DIVISION)

| | | |
|---|---|---|
| **CONNIE ARD** | ) | |
| | ) | Civil Action No. 2:07-cv-00137 |
| Plaintiff, | ) | [Case No. CV-07-88 in the Circuit Court |
| | ) | of Montgomery County, Alabama] |
| v. | ) | |
| | ) | |
| **ENTEC STATIONS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

**COMES NOW,** Plaintiff Connie Ard, by and through the undersigned attorneys, and makes this her Motion to Dismiss and states as follows;

1. The Parties entered into a settlement agreement.

2. Plaintiff and Defendant have mutually agreed to dismiss all counts of the above styled cause of action.

**WHEREFORE,** Plaintiff prays this Honorable Court Dismiss the above cause of action with prejudice.

**RESPECTFULLY SUBMITTED**, this the 8th day of February 2008.

/s Michael Guy Holton
Michael Guy Holton (HOL106)
Co- Counsel for Petitioner
Fuller, Taylor & Holton, PC
5748 Carmichael Parkway, Ste.D
Montgomery, Alabama 36117
(334) 244-0447
(334)514-6003 (direct)
gholtonattorney@bellsouth.net

/s Jennifer M. Holton
Jennifer M. Holton (DAV 167)
Co-Counsel for Petitioner
Fuller, Taylor& Holton, PC
5748 Carmichael Parkway, Ste. D
Montgomery, Alabama 36117
(334)244-0447
(334) 514-6003 (direct)
jholtonattorney@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above by filing same via CM/ECF electronic filing for the Middle District of Alabama Federal Court e-filing system. Done this the 8th day of February 2008.

                                            /s Jennifer M. Holton
                                            OF COUNSEL